**BURSOR & FISHER, P.A.**
Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: slitteral@bursor.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN LUPIA, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br>     v.<br><br>RECREATIONAL EQUIPMENT, INC.,<br><br>                              Defendant. | Case No. 3:22-cv-02510-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

1  Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Lauren Lupia hereby dismisses, without prejudice, all claims against Defendant Recreational Equipment, Inc. Each party shall bear its own costs.

Dated: July 11, 2022

**BURSOR & FISHER, P.A.**

By:   */s/ Sean L. Litteral*

Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: slitteral@bursor.com

*Attorney for Plaintiff*